# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN RE: MEDICAL REVIEW PANEL        NO.   2021 CW 0559
FOR THE CLAIM OF DARLENE
CHERYL KERSH, (D), ET AL.

**JULY 30, 2021**

---

In Re:     The Louisiana Insurance Guaranty Association and Adrian Talbot, M.D., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2016-14523.

---

**BEFORE:    THERIOT, HOLDRIDGE, AND HESTER, JJ.**

    **WRIT NOT CONSIDERED.** This writ application is untimely. Rule 4-3 of the Uniform Rules of the Louisiana Courts of Appeal provides that the return date in civil cases shall not exceed thirty days from the date of notice. Notice of the written judgment was mailed on November 23, 2020. The notice of intent was filed with the district court on January 4, 2021, which is more than thirty days after notice of judgment. Although defendants filed a notice of intent via facsimile on December 17, 2020, for facsimile filings to be effective, La. R.S. 13:850 requires that the clerk of court receive the original document within seven days, exclusive of legal holidays, after the clerk receives the facsimile filing. If the filing party fails to comply with such requirement, the facsimile filing shall have no force or effect. La. R.S. 13:850(C). In this case, the deadline for the clerk to receive the original filing of the notice of intent was December 30, 2020, after excluding legal holidays. That original document was filed on January 4, 2021, and accordingly, the facsimile filing had no force or effect.

**MRT**
**GH**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT